UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**F I L E D**

DEC 18 2014

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.   INDICTMENT NO. 6:13-CR-34-SSS-ART

TERRY R. SMITH and
GERRY SMITH

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

## COUNT 1
### 21 U.S.C. § 846

On or about a day in March 2011, the exact date unknown, and continuing through on or about August 22, 2013, in Clay County, in the Eastern District of Kentucky, and elsewhere,

**TERRY R. SMITH and
GERRY SMITH**

did conspire together and with others to knowingly and intentionally distribute a quantity of pills containing oxycodone, a Schedule II controlled substance, in violation of 21 U.S.C.§ 841(a)(1), all in violation of 21 U.S.C. § 846.

## COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about September 9, 2011, in Clay County, in the Eastern District of Kentucky,

**TERRY R. SMITH**

did knowingly and intentionally distribute a quantity of pills containing oxycodone, a Schedule II controlled substance, which resulted in the death of Patty Smallwood, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3
## 18 U.S.C. 922(g)(1)

On or about February 8, 2014, in Clay County, in the Eastern District of Kentucky,

**TERRY R. SMITH,**

having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce several firearms, that is: a Remington 550-1, .22 caliber rifle, no serial number; a Savage Stevens 87A, .22 caliber rifle, no serial number; a Remington Arms Company, Inc. 870, 12 gauge shotgun, serial number A759230M; a Marlin Firearms Co. 60, .22 caliber rifle, serial number 95419884; a Taurus 85, .38 caliber revolver, serial number XG23283; a Llama, .380 caliber pistol with magazine, serial number 627235 ; a Forehand Arms Company, .32 caliber revolver, serial number 35481; a Bersa Thunder 380, .380 caliber pistol with magazine, serial number 684145; a Smith & Wesson 37 Airweight, .38 caliber revolver, serial number J537415; and a Smith & Wesson 39-2, 9mm pistol with magazine, serial number A195577, all in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATION
## 21 U.S.C. § 853
## 18 U.S.C. § 924(d)(1)
## 28 U.S.C. § 2461

In committing the felony offenses alleged in this Indictment, each punishable by imprisonment for more than one year, the Defendants, **TERRY R. SMITH and GERRY SMITH,** used and intended to use the below-described property to commit and to facilitate the commission of the said controlled substance violations, and the below-described property constitutes proceeds obtained directly and indirectly as a result of the commission of the aforesaid violations of 21 U.S.C. §§ 841(a)(1) and 846, as well as 18 U.S.C. § 922(g)(1), including, but not limited to, the following:

### FIREARMS AND AMMUNITION:

1. Remington 550-1, .22 caliber rifle, no serial number;
2. Savage Stevens 87A, .22 caliber rifle, no serial number;
3. Remington Arms Company, Inc. 870, 12 gauge shotgun, serial number A759230M;
4. Marlin Firearms Co. 60, .22 caliber rifle, serial number 95419884;
5. Taurus 85, .38 caliber revolver, serial number XG23283;
6. Llama, .380 caliber pistol with magazine, serial number 627235 ;
7. Forehand Arms Company, .32 caliber revolver, serial number 35481;
8. Bersa Thunder 380, .380 caliber pistol with magazine, serial number 684145;
9. Smith & Wesson 37 Airweight, .38 caliber revolver, serial number J537415;
10. Smith & Wesson 39-2, 9mm pistol with magazine, serial number A195577; and
11. numerous rounds of various calibers of ammunition.

By virtue of the commission of the felony offenses charged in this Indictment, any and all interest **TERRY R. SMITH** and **GERRY SMITH** have in the above-described

property is vested in the United States and hereby forfeited to the United States pursuant to 21 U.S.C. § 853.

A TRUE BILL

_____
**KERRY B. HARVEY**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNT 1:** Not more than 20 years imprisonment, a $1,000,000 fine, and at least 3 years supervised release.

**If prior felony drug conviction:** Not more than 30 years imprisonment, a $2,000,000 fine, and at least 6 years supervised release.

**COUNT 2:** Not less than 20 years and not more than life imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

**If Prior Felony Drug Conviction:** Life imprisonment and not more than a $2,000,000 fine.

**COUNT 3:** Not more than 10 years imprisonment, a $250,000 fine, and 3 years of supervised release.

**If three prior convictions for a violent felony or serious drug offense pursuant to 18 U.S.C. § 924(e):** Not less than 15 years and not more than life imprisonment, not more than $250,000 fine, and 5 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.

**PLUS:** Forfeiture of listed assets.