UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**CRIMINAL ACTION NO. 6:13-CR-34-KKC**

UNITED STATES OF AMERICA                                           PLAINTIFF

V.    **RESPONSE IN OPPOSITION TO DEFENDANT'S
       SECOND MOTION FOR COMPASSIONATE RELEASE**

**TERRY R. SMITH**                                                 DEFENDANT

\* \* \* \* \*

On July 28, 2021, the Defendant, Terry Smith, filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). [R. 432.] On September 20, 2021, this Court entered an Order denying this motion. [R. 438.] On February 21, 2023, the Defendant filed a "renewed" motion for compassionate release. [R. 441.] Given the timing of this motion and the fact that it outlines new health concerns not previously-raised in the initial motion, this was not a "renewed" motion, but rather a second or subsequent motion for compassionate release. Because the Defendant failed to first seek administrative relief, this new motion should be denied.

In seeking a second or subsequent motion for compassionate release based on new grounds, this Court has held that a Defendant must first exhaust administrative remedies through the BOP. *United States v. Wardle*, 2021 WL

1

4822827, at *2-3 (E.D. Ky. 2021) (citing *United States v. Alam*, 960 F.3d 831, 834 (6th Cir. 2020). According to BOP records, the only administrative request for compassionate release from the Defendant came back in 2021, in connection with his initial motion. He has not submitted a subsequent request based on the newly-raised medical issues. Based on the foregoing, the Defendant's reliance on *United States v. Evans*, 504 F. Supp. 3d 519, 527 (E.D. Va. 2020), is misplaced.

The United States respectfully requests that the Court deny the motion without prejudice, until the Defendant first seeks administrative relief as required by law.

Respectfully submitted,

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

By: s/ W. Samuel Dotson
Assistant United States Attorney
601 Meyers Baker Rd.   Suite 200
London, KY   40741
(606) 330-4827
FAX (606) 864-3590
william.s.dotson@usdoj.gov

# **CERTIFICATE OF SERVICE**

On March 8, 2023, I electronically filed this document through the ECF system and mailed this document to on or about September 8, 2020:

Terry R. Smith
16714-032
P.O. Box 2000
Inmate Mail/Parcel
Bruceton Mills, WV 26525

s/ W. Samuel Dotson
Assistant United States Attorney
